[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 00-1358

JOHN M. GERA,

Plaintiff, Appellant,

v.

ALAN HASSENFELD, CEO; HASBRO, INC.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Ernest C. Torres, U.S. District Judge]

Before

Boudin, Circuit Judge,
Bownes, Senior Circuit Judge,
and Stahl, Circuit Judge.

John M. Gera on brief pro se.
Neil Jacobs, Lisa Stephanian Burton, C. Tama Benson and Hale and Dorr LLP on brief for appellees.

February 16, 2001

**Per Curiam**.  After carefully reviewing the briefs and record on appeal, we <u>affirm</u> the judgment for substantially the reasons developed below.  The appellant failed to establish a *prima facie* case of discrimination or retaliation by providing definite, non-speculative evidence that national origin played a role in the defendants' actions.  His own conjectures and conclusions were insufficient.  <u>Feliciano De La Cruz</u> v. <u>El Conquistador Resort and Country Club</u>, 218 F.3d 1 (1st Cir. 2000). His defamation claims were either time-barred or otherwise untenable.  <u>Mikaelian</u> v. <u>Drug Abuse Unit</u>, 501 A.2d 721 (R.I. 1985).

<u>Affirmed</u>.  Loc. R. 27(c).